IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLERS CAPTIAL INSURANCE, <br> COMPANY a/s/o KARAJOEL, LLC <br><br> Plaintiff, <br><br> v. <br><br> HYDROFARM, INC. d/b/a <br> HYDROFARM EAST <br><br> Defendant. | * <br> * <br> * <br> *   Case no.: <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF REMOVAL</u>**

COMES NOW, Hydrofarm, LLC d/b/a Parsource Lighting Solutions, (misnamed in the Complaint as "Hydrofarm, Inc. d/b/a Hydrofarm East," hereinafter "Defendant"), by and through its counsel, Matthew T. Angotti and Lauren R. Driver, pursuant to 28 U.S.C 1441, *et seq*. hereby files the following Notice of Removal, and for good cause states as follows:

1. Plaintiff, Millers Capital Insurance Company, has brought suit against Defendant, Hydrofarm, LLC d/b/a Parsource Lighting Solutions, (misnamed in the Complaint as "Hydrofarm, Inc. d/b/a Hydrofarm East,") claiming damages as a result of a fire loss on January 5, 2019. Plaintiff contends Defendant "designed, manufactured, assemble, marketed, distributed, supplied, warranted and/or sold" a submersible pump which caught fire, damaging a building and contends within the District of Columbia. A copy of all pleadings on file in the Superior Court for the District of Columbia are attached hereto as Exhibit 1.

2. The case is removable to this court based on diversity jurisdiction because Plaintiff is a Pennsylvania corporation with its principal office in Harrisburg, Pennsylvania. Hydrofarm, LLC

d/b/a Parsource Lighting Solutions is a California limited liability corporation with it principal office in Petaluma, California. The amount in controversy exceeds $75,000.00 as Plaintiff claims in excess of $1,000,000.00 in damages.

3. Defendant was first served a copy of the Summons and Complaint via email on January 8, 2021.

**WHEREFORE,** Defendant, Hydrofarm, LLC hereby prays the action against it be removed to this court.

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew T. Angotti*
　　　　　　　　　　　　　　　　　　Matthew T. Angotti –(MD05949)
　　　　　　　　　　　　　　　　　　Anderson, Coe & King, LLP
　　　　　　　　　　　　　　　　　　Seven Saint Paul Street, Suite 1600
　　　　　　　　　　　　　　　　　　Baltimore, MD  21202
　　　　　　　　　　　　　　　　　　T: 410-752-1630 / F:  410-752-0085
　　　　　　　　　　　　　　　　　　angotti@acklaw.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant, Hydrofarm LLC d/b/a Parsource Lighting Solutions*

　　　　　　　　　　　　　　　　　　　　*/s/ Lauren R. Driver*
　　　　　　　　　　　　　　　　　　Lauren R. Driver – 1020049
　　　　　　　　　　　　　　　　　　Anderson, Coe & King, LLP
　　　　　　　　　　　　　　　　　　Seven St. Paul Street, Suite 1600
　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　T: 410-752-1630 / F: 410-752-0085
　　　　　　　　　　　　　　　　　　driver@acklaw.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant, Hydrofarm LLC d/b/a Parsource Lighting Solutions*

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of February 2021 that Notice of Removal was electronically filed and served upon:

David M. Kopstein, Esquire
9831 Greenbelt Road, #205
Seabrook, Maryland 20706
dkopstein@cox.net
*Attorney for Plaintiff*

                                                  */s/ Lauren R. Driver*
                                          Lauren R. Driver – DC Bar #1020049