## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CIVIL DIVISION

| | |
|---|---|
| MILLERS CAPTIAL INSURANCE, COMPANY a/s/o KARAJOEL, LLC | * * * |
| Plaintiff, | * Case no.: 2020 CA 004963 B * |
| v. | * Judge Florence Y. Pan * Next Event: 03/12/2021 |
| HYDROFARM, INC. d/b/a HYDROFARM EAST | * Initial Scheduling Conference * * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \*

## **REMOVAL OF CASE TO FEDERAL COURT**

COMES NOW, Hydrofarm, LLC d/b/a Parsource Lighting Solutions, (misnamed in the Complaint as "Hydrofarm, Inc. d/b/a Hydrofarm East," hereinafter "Defendant"), by and through its counsel, Lauren R. Driver, pursuant to 28 U.S.C. 1446(d) hereby gives notice to the Superior Court for the District of Columbia and to Plaintiff, Millers Capital Insurance Company, that it has filed a Notice of Removal in the United States District Court for the District of Columbia, removing the case to said Court. The Superior Court for the District of Columbia should proceed no further unless and until the case is remanded.

    /s/ Lauren R. Driver
Lauren R. Driver – DC Bar #1020049
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, MD 21202
T: 410-752-1630 / F: 410-752-0085
driver@acklaw.com
*Attorney for Defendant, Hydrofarm LLC d/b/a Parsource Lighting Solutions*

4813-3704-6490, v. 1

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of February, 2021 that the Removal of Case to Federal County was electronically filed and served upon:

David M. Kopstein, Esquire
9831 Greenbelt Road, #205
Seabrook, Maryland 20706
dkopstein@cox.net
*Attorney for Plaintiff*

                                                           */s/ Lauren R. Driver*
                                               Lauren R. Driver – DC Bar #1020049