## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

MILLERS CAPITAL INSURANCE,
COMPANY a/s/o KARJOEL, LLC

    Plaintiff,

v.

HYDROFARM, INC. d/b/a
HYDROFARM EAST

    Defendant.

Case no.: 21-CV-321 GMH

\* \* \* \* \* \* \* \* \* \* \*

HDI GLOBAL SPECIALITY SE a/s/o
HOLISTIC REMEDIES, LLC

    Plaintiff

v.

HYDROFARM, LLC d/b/a
PARSOURCE LIGHTING SOLUTIONS, et al.

    Defendants

Case no.: 21-CV-367 CRC

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Consent Motion to Consolidate Cases in these matters, it is this __2nd__ day of __March__, 2021, hereby,

**ORDERED** that the Motion is **GRANTED**, and it is further,

**ORDERED** that *Millers Capital Insurance Company a/s/o Karajoel LLC v. Hydrofarm, Inc. d/b/a Hydrofarm East*, Case No. 21-cv-321-ABJ, and *HDI Global Specialty SE a/s/o Holistic*

367-CRC are hereby consolidated for all purposes including discovery and trial.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge