# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

MILLERS CAPITAL INSURANCE,
COMPANY a/s/o KARAJOEL, LLC

            &ast;
            &ast;
  Plaintiff,     &ast; Case no.: 21-CV-321 ABJ
v.          &ast;
            &ast;
HYDROFARM, INC. d/b/a   &ast;
HYDROFARM EAST     &ast;
            &ast;
  Defendant.     &ast;

        &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

HDI GLOBAL SPECIALTY SE a/s/o
HOLISTIC REMEDIES, LLC

            &ast;
            &ast; Case no.: 21-CV-367 CRC
  Plaintiff      &ast;
v.          &ast;
            &ast;
HYDROFARM, LLC d/b/a   &ast;
PARSOURCE LIGHTING SOLUTIONS &ast;
and HYDROFARM EAST,   &ast;
            &ast;
  Defendants.

&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

**PLAINTIFF HDI GLOBAL SPECIALTY SE a/s/o HOLISTIC REMEDIES LLC'S AND DEFENDANT HYDROFARM, LLC d/b/a PARSOURCE LIGHTING SOLUTIONS and HYDROFARM EAST'S JOINT NOTICE, CONSENT, AND REFERENCE OF THE CONSOLIDATED CIVIL ACTION TO MAGISTRATE JUDGE G. MICHAEL HARVEY**

Plaintiff HDI Global Specialty SE a/s/o Holistic Remedies LLC ("Plaintiff"), and

Defendants Hydrofarm, LLC d/b/a PARsource Lighting Solutions and Hydrofarm East

("Defendants") (collectively, the "parties"), hereby respectfully submit this joint notice and

consent to have the above-referenced consolidated case referred to a magistrate judge, namely the

Honorable G. Michael Harvey. The parties consent to have the magistrate judge, the Honorable G.

250860459v.1

Michael Harvey, conduct all proceedings in this case including trial, the entry of final judgment,

and all post-trial proceedings.

Dated:  March 3, 2021                                              Respectfully submitted,

**ANDERSON, COE & KING, LLP**          **WILSON, ELSER, MOSKOWITZ,**
                                                                   **EDELMAN & DICKER LLP**

*/s/ Matthew Angotti*                                  */s/ David M. Ross*
Matthew T. Angotti (#5949)                      David M. Ross (# 461733)
Lauren R. Driver (#1020049)                     Kevin P. Farrell (# 492142)
Seven Saint Paul Street, Suite 1600          1500 K. Street, N.W., Suite 330
Baltimore, MD 21202                               Washington, DC 20005
driver@acklaw.com                                   (202) 626-7660
angotti@acklaw.com                                 david.ross@wilsonelser.com
                                                                kevin.farrell@wilsonelser.com

*Attorneys for Defendants Hydrofarm*
*LLC d/b/a PARsource Lighting*               *Attorneys for Plaintiff HDI Global Specialty*
*Solutions and Hydrofarm East*               *SE a/s/o Holistic Remedies LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of March, 2021, a copy of the foregoing Notice, Consent, and Reference of the Consolidated Civil Action to Magistrate Judge G. Michael Harvey was electronically filed and served via ECF upon all parties.

/s/ David M. Ross
David M. Ross